GLADYS LOBSENZ, an Infant, by HARRY L. LOBSENZ, Her Guardian ad Litem, et al., Appellants, v. IRWIN RUBIN-STEIN, Doing Business under the Name of CAMP WINONA, Respondent.

Argued April 16, 1940; decided May 21, 1940.

*Harris J. Griston* and *Marvin George Florman* for appellants.

*George J. Stacy, James J. Mahoney* and *Joseph Kane* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.